Glenn R. Kantor – State Bar No. 122643
  E-mail: gkantor@kantorlaw.net
Brent Dorian Brehm – State Bar No. 248983
  E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
ROBERT GREENHALGH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT GREENHALGH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | CASE NO.: 8:19-cv-00664-SB-ADS<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: April 9, 2019 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement of the above-entitled action. It is anticipated that settlement documents will be circulated and processed, the matter resolved, and a Stipulation for Dismissal will be filed within fourteen (14) days, if not sooner.

The Court is thereby respectfully requested to vacate all court dates.

DATED: February 1, 2021                    KANTOR & KANTOR, LLP

                                           By:   */s/ Brent Dorian Brehm*
                                                 Glenn R. Kantor
                                                 Brent Dorian Brehm
                                                 Attorneys for Plaintiff,
                                                 ROBERT GREENHALGH

DATED: February 1, 2021                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

                                           By:   */s/ Dennis J. Rhodes*
                                                 Dennis J. Rhodes
                                                 Attorneys for Defendant
                                                 First Reliance Standard Life
                                                 Insurance Company of America

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Brent Dorian Brehm hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*