FILED
CLERK, U.S. DISTRICT COURT
February 4, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT GREENHALGH,<br><br>       Plaintiff,<br><br>  vs.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY OF AMERICA,<br><br>       Defendant. | CASE NO: 8:19-cv-00664-SB-ADS<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint filed: April 9, 2019 |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice. Each party shall bear its and his own fees and costs.

DATED: February 4, 2021

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge

---

1
ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE